Gregory M. Saylin (Bar No. 185328)
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
Email: gsaylin@fabianvancott.com

Attorney for SkyWest Airlines, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| MARQUISE BREWER, | **ORDER GRANTING LEAVE FOR DEFENDANT TO FILE AMENDED ANSWER TO COMPLAINT** |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:16cv1056 |
| SKYWEST AIRLINES, INC., | (Doc. 8) |
| Defendant. | |

Pursuant to the stipulation of the Parties, and good cause appearing, it is ORDERED that Defendant SkyWest Airlines, Inc. shall file its Amended Answer to Complaint, a copy of which was attached to the stipulation (Doc. 8), within five (5) days of this Order.

IT IS SO ORDERED.

Dated:   **October 2, 2016**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING LEAVE FOR DEFENDANT TO FILE AMENDED ANSWER TO COMPLAINT**

1