Gregory M. Saylin (Bar No. 185328)
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
Email: gsaylin@fabianvancott.com

Attorneys for SkyWest Airlines, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARQUISE BREWER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | **ORDER CONTINUING MID-DISCOVERY STATUS CONFERENCE**<br><br>Case No.: 1:16-CV-01056-LJO-SKO<br><br>Judge Lawrence J. O'Neill<br>Magistrate Judge Sheila K. Oberto |

　　　　Before this Court is the parties' Joint Stipulation to Postpone the Mid-Discovery Status Conference. (Doc. 23.) For good cause showing, the Court GRANTS the stipulation and **CONTINUES the Mid-Discovery Status Conference to March 16, 2017, at 2:30 p.m.** Per the Scheduling Order (Doc. 18), the parties are reminded that if they determine that a status conference is unnecessary, they may request that the Court vacate the conference.

IT IS SO ORDERED.

Dated:　**February 3, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE