# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BREWER,<br><br>            Plaintiff,<br><br>     v.<br><br>SKYWEST AIRLINES, INC.,<br><br>            Defendant.<br>_____/ | Case No. 1:16-cv-01056-LJO-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 33)** |

On May 8, 2017, the parties filed a Joint Stipulation for Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii), in which the parties notify the Court that this matter "may be dismissed with prejudice as to all [p]arties." (Doc. 33.) This stipulation is signed by all parties that have appeared in this action. (*See id.* at 2.) As such, this entire action has been voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:  **May 9, 2017**                         /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE